B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>SOUTHERN DISTRICT OF TEXAS<br>HOUSTON DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Jagger Industries, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):  **27-1467699** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**9400 Needlepoint Road**<br>**Baytown, TX**<br>ZIP CODE **77521** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Harris** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**9400 Needlepoint Road**<br>**Baytown, TX**<br>ZIP CODE **77521** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**          **Chapter 11 Debtors**

- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**

- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (04/13)  Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):  **Jagger Industries, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**   (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X**_____<br>                                                                                            Date |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☑ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>    ☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.<br><br>If this is a joint petition:<br>    ☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box.) |
|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)). |

B1 (Official Form 1) (04/13)                                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s):   **Jagger Industries, LLC** |
|---|---|
| *(This page must be completed and filed in every case)* | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____

**X** _____

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

**X**  /s/ Kimberly A. Bartley
_____

**Kimberly A. Bartley**          Bar No. **24032114**

**Waldron & Schneider, L.L.P.**
**15150 Middlebrook Dr.**
**Houston, TX 77078**

Phone No.**(281) 488-4438**          Fax No.**(281) 488-4597**

3/5/2014
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that:  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**Jagger Industries, LLC**

**X**  /s/ James M. Heim
_____
Signature of Authorized Individual

**James M. Heim**
_____
Printed Name of Authorized Individual

**President**
_____
Title of Authorized Individual

**3/5/2014**
_____
Date

Address
_____

**X** _____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

B6D (Official Form 6D) (12/07)

In re  **Jagger Industries, LLC**                                          Case No. _____
                                                                                                                      (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: **xx32-AR**<br><br>**Pacific Business Capital Corp**<br>**245 Fischer Ave, Ste A-1**<br>**Costa Mesa, CA  962632** | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**Loan**<br>COLLATERAL:<br>**US Treasury Tax Credit**<br>REMARKS:<br><br>VALUE:                                $0.00 |  |  | X | $651,912.50 | $651,912.50 |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  | Subtotal (Total of this Page) > |  |  |  | $651,912.50 | $651,912.50 |
|  |  | Total (Use only on last page) > |  |  |  | $651,912.50 | $651,912.50 |

_____**No**_____continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13)

In re **Jagger Industries, LLC**                                      Case No. _____

                                                                              (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**1**_____continuation sheets attached

B6E (Official Form 6E) (04/13) - Cont.

In re  **Jagger Industries, LLC**                                    Case No. _____
                                                                                    (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Harris County Tax Assessor**<br>**Mike Sullivan**<br>**P.O. Box 4663**<br>**Houston, TX  77210-4663** | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #: **xxx- xx-xxx7699**<br>**IRS**<br>**P.O. Box 7346**<br>**Philadelphia, PA  19114** | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **$43,258.27** | **$43,258.27** | **$0.00** |
| **Representing:**<br>**IRS** | | **IRS**<br>**Ogden, Utah 84201-0010** | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ____1____ of ____1____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals (Totals of this page) > | **$43,258.27** | **$43,258.27** | **$0.00** |
| Total > | **$43,258.27** | | |

**(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)**

| | | |
|---|---|---|
| Totals > | | **$43,258.27** | **$0.00** |

**(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07)

In re   **Jagger Industries, LLC**                          Case No. _____

                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **A-Affordable Vacuum Service** <br> **P.O. Box 300011** <br> **Houston,TX  77230** | | DATE INCURRED: <br> CONSIDERATION: <br> **Goods & Services** <br> REMARKS: | | | | **$1,000.00** |
| ACCT #: <br> **Allometrics, Inc.** <br> **2500 Bayport Blvd.** <br> **Seabrook TX  77586** | | DATE INCURRED: <br> CONSIDERATION: <br> **Goods & Services** <br> REMARKS: | | | | **$325.00** |
| ACCT #:  **xx-xutch** <br> **AmSpec, LLC** <br> **c/o Cody Moorse** <br> **Shelton Harrison et al** <br> **701 Highlander Blvd., # 270** <br> **Arlington, TX  76015** | | DATE INCURRED: <br> CONSIDERATION: <br> **Lawsuit** <br> REMARKS: <br> **Litigaton - AMSPEC vs Jagger Industries, LLC** | | | | **$21,612.65** |
| **Representing:** <br> **AmSpec, LLC** | | **AmSpec, LLC** <br> **1249 South River Road** <br> **Cranbury, NJ  08512** | | | | **Notice Only** |
| ACCT #: <br> **Anthony Rivon All Control** <br> **810 Hamilton** <br> **P.O. Box 1173** <br> **Anahuac, TX  77514** | | DATE INCURRED: <br> CONSIDERATION: <br> **Goods & Services** <br> REMARKS: | | | | **$5,117.81** |
| ACCT #:  **xxxxxx-xxxxxxxe, LLC** <br> **Bakercorp** <br> **P.O. Box 843596** <br> **Los Angeles, CA  90084-3596** | | DATE INCURRED: <br> CONSIDERATION: <br> **Goods & Services** <br> REMARKS: | | | | **$183,154.06** |

Subtotal >    **$211,209.52**

Total >
(Use only on last page of the completed Schedule F.)

_____**9**_____continuation sheets attached                (Report also on Summary of Schedules and, if applicable, on the
                                                                                        Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jagger Industries, LLC**                          Case No. _____

                                                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **BC Goodwin Transportation, LLC** <br> **P.O. Box 3238** <br> **Salt Lake City, UT  84110-3238** | | DATE INCURRED: <br> CONSIDERATION: <br> **Goods & Services** <br> REMARKS: | | | | $6,200.00 |
| ACCT #:  **xxxxx1156** <br> **Blue Cross of Texas** <br> **P.O. Box 731428** <br> **Dallas, TX  75373-1428** | | DATE INCURRED: <br> CONSIDERATION: <br> **Goods & Services** <br> REMARKS: | | | | $4,489.62 |
| ACCT #: <br> **Brenner Tank Services** <br> **2840 Appelt Dr.** <br> **Houston, TX  77015** | | DATE INCURRED: <br> CONSIDERATION: <br> **Goods & Services** <br> REMARKS: | | | | $352.86 |
| ACCT #: <br> **Bullseye Welding & Industrial Supply LLC** <br> **P.O. Box 2109** <br> **Baytown, TX  77522-2109** | | DATE INCURRED: <br> CONSIDERATION: <br> **Goods & Services** <br> REMARKS: | | | | $747.68 |
| ACCT #: <br> **Caldwell, Larry** <br> **4544 Post Oak Place, Ste 123** <br> **Houston, TX  77027** | | DATE INCURRED: <br> CONSIDERATION: <br> **Goods & Services** <br> REMARKS: | | | | $22,150.00 |
| ACCT #: <br> **Carnes Engineering, Inc** <br> **P.O. Box 668** <br> **Mont Belvieu, TX  77580** | | DATE INCURRED: <br> CONSIDERATION: <br> **Goods & Services** <br> REMARKS: | | | | $1,901.50 |

Sheet no. ____1____ of ____9____ continuation sheets attached to                    **Subtotal >**    | $35,841.66
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                          **Total >**
                        **(Use only on last page of the completed Schedule F.)**
                  **(Report also on Summary of Schedules and, if applicable, on the**
                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jagger Industries, LLC**                                    Case No. _____

                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Channel Biorefinery & Terminals, LLC**<br>**13605 Industrial Rd**<br>**Houston, TX  77014** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods & Services**<br>REMARKS: | | | | $12,850.00 |
| ACCT #:  **xx4200**<br>**Chemtrec AR**<br>**P.O. Box 791383**<br>**Baltimore, MD  21279-1383** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods & Services**<br>REMARKS: | | | | $675.00 |
| ACCT #:<br>**CIMA Services, LP**<br>**P.O. Box 646**<br>**South Houston, TX  77587-0646** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods & Services**<br>REMARKS: | | | | $12,075.00 |
| ACCT #:  **x5911**<br>**Cintas FAS Lockbox**<br>**P.O. Box 636525**<br>**Cincinnati, OH  45263-6625** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods & Services**<br>REMARKS: | | | | $764.55 |
| ACCT #:  **x7653**<br>**Coastal Welding Supply**<br>**P.O. Box 3029**<br>**Beaumont, TX  77704** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods & Services**<br>REMARKS: | | | | $905.12 |
| ACCT #:<br>**Cokinos Energy Corporateion**<br>**Department 456**<br>**P.O. Box 4869**<br>**Houston, TX  77210-4869** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods & Services**<br>REMARKS: | | | | $21,900.38 |

Sheet no. ____**2**____ of ____**9**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**     **$49,170.05**

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jagger Industries, LLC**                                    Case No. _____

                                                                                         (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Commercial Fence Company**<br>**d/b/a Commercial Access Controls**<br>**P.O. Box 1354**<br>**Pasadena, TX  77501** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods & Services**<br>REMARKS: | | | | $2,383.50 |
| ACCT #:<br>**Essmyer & Daniel PC**<br>**5111 Center St.**<br>**Houston, TX  77007** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods & Services**<br>REMARKS: | | | | $6,734.00 |
| ACCT #:<br>**Fisher & Associates**<br>**1800 Two Houston Center**<br>**909 Fannin St.**<br>**Houston, TX  77010** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods & Services**<br>REMARKS: | | | | $1,366.50 |
| ACCT #:<br>**G Tech-HilTech**<br>**P.O. Box 2787**<br>**Conroe, TX  77305** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods & Services**<br>REMARKS: | | | | $27,478.44 |
| ACCT #:<br>**Green Energy Advisors Group LLC**<br>**919 Orange Ave, Ste 202**<br>**Winter Park, FL  32789** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods & Services**<br>REMARKS: | | | | $3,351.04 |
| ACCT #:<br>**GreenHunter Biofuels, Inc**<br>**In Receivership**<br>**c/o Diana E Marshall PLLC**<br>**1010 Lamar, Ste 450**<br>**Houston, TX  77002** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods & Services**<br>REMARKS: | | | | $27,060.00 |

Sheet no. ____3____ of ____9____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**        **$68,373.48**

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jagger Industries, LLC**                                    Case No. _____

                                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxxxx xx  xx xx1351**<br>**Guardian Life Insurance Company**<br>**P.O. Box 824404**<br>**Philadelphia, PA  19182-4404** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods & Services**<br>REMARKS: | | | | $753.86 |
| ACCT #:  **xx0565**<br>**Gulf West Landfill TX LP**<br>**P.O. Box 841833**<br>**Dallas, TX  75284-1833** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods & Services**<br>REMARKS: | | | | $1,715.92 |
| ACCT #:<br>**H&H Oil-Austin**<br>**1331 Gemini, Ste 250**<br>**Houston, TX  77058** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods & Services**<br>REMARKS: | | | | $8,191.27 |
| ACCT #:<br>**Harris County TX**<br>**c/o Jennifer Matte Asst Cty Atty**<br>**1019 Congress, 15th Fl**<br>**Houston, TX  77002** | | DATE INCURRED:<br>CONSIDERATION:<br>**Lawsuit**<br>REMARKS: | | | | **Unknown** |
| ACCT #:  **xxxx xx. x0328**<br>**Harris-Galveston Subsidence District**<br>**1660 West Bay Area Blvd.**<br>**Friendswood, TX  77546-2640** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods & Services**<br>REMARKS: | | | | $20.00 |
| ACCT #:  **xxx0898**<br>**Hertz Equipment Rental Corp**<br>**Service Pump Division**<br>**P.O. Box 650280**<br>**Dallas, TX  75265-0280** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods & Services**<br>REMARKS: | | | | $3,229.13 |

Sheet no. ____4____ of ____9____ continuation sheets attached to        **Subtotal >**        **$13,910.18**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                    **Total >**
                              (Use only on last page of the completed Schedule F.)
                   (Report also on Summary of Schedules and, if applicable, on the
                        Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jagger Industries, LLC**                    Case No. _____

                                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Hoover Slovacek, LLP** <br> **P.O. Box 4547** <br> **Houston, TX  77210** | | DATE INCURRED: <br> CONSIDERATION: <br> **Attorney Fees** <br> REMARKS: | | | | $111,727.47 |
| ACCT #:  **xxxxxxx/Wire** <br> **Innovative Resources Managment** <br> **125 Crosscreek Dr.** <br> **Summerville, SC  29485** | | DATE INCURRED: <br> CONSIDERATION: <br> **Goods & Services** <br> REMARKS: | | | | $50,787.25 |
| ACCT #:  **xx2035** <br> **J&B Pipeline Supply Company** <br> **12921 N Alexander Dr** <br> **P.O. Box 1814** <br> **Baytown, TX  77522-1814** | | DATE INCURRED: <br> CONSIDERATION: <br> **Goods & Services** <br> REMARKS: | | | | $5,256.30 |
| ACCT #: <br> **Jacobson Transportation Company, Inc.** <br> **P.O. Box 224** <br> **Des Moines, IA  50306** | | DATE INCURRED: <br> CONSIDERATION: <br> **Goods & Services** <br> REMARKS: | | | | $101,308.00 |
| ACCT #: <br> **JAM Distributing Co** <br> **P.O. Box 201978** <br> **Dallas, TX  75320-1978** | | DATE INCURRED: <br> CONSIDERATION: <br> **Goods & Services** <br> REMARKS: | | | | $4,834.61 |
| ACCT #:  **xxxx0001** <br> **King, Larson** <br> **2800 Wells Fargo Place** <br> **30 E 7th St** <br> **Saint Paul, MN  55101-4922** | | DATE INCURRED: <br> CONSIDERATION: <br> **Goods & Services** <br> REMARKS: | | | | $4,983.83 |

Sheet no. ____5____ of ____9____ continuation sheets attached to                    **Subtotal >**     $278,897.46

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                      **Total >**

                                    **(Use only on last page of the completed Schedule F.)**

                          **(Report also on Summary of Schedules and, if applicable, on the**

                          **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jagger Industries, LLC**                                    Case No. _____

                                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**LAAP, Inc.**<br>**P.O. Box 1437**<br>**Magnolia, TX  77353-1347** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods & Services**<br>REMARKS: | | | | $2,655.40 |
| ACCT #:  **xx5274**<br>**Liquid Environmental Solutions**<br>**P.O. Box 203371**<br>**Dallas, TX  75230-3371** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods & Services**<br>REMARKS: | | | | $2,272.32 |
| ACCT #:<br>**Miller Transporters, Inc.**<br>**P.O. Box 1123**<br>**Jackson, MS  39215-1123** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods & Services**<br>REMARKS: | | | | $35,778.75 |
| ACCT #:<br>**PBL - Premier Bulk Logistics**<br>**c/o Scanlan, Buckle & Young PC**<br>**602 West 11st St**<br>**Austin, TX  78701** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods & Services**<br>REMARKS:<br>**Litigation - Premier Bulk Logistics vs Jager Industries LLC** | | | | $39,661.50 |
| ACCT #:<br>**Petroleum Materials LLC**<br>**30603 Tealcrest Estates Dr**<br>**Spring, TX  77386** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods & Services**<br>REMARKS: | | | | $2,317.13 |
| ACCT #:<br>**Prologic Technology Group**<br>**4633 E Broadway Blvd., Ste 150**<br>**Tuscon, AZ  85711** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods & Services**<br>REMARKS: | | | | $6,120.00 |

Sheet no. _____**6**_____ of _____**9**_____ continuation sheets attached to                                    **Subtotal >**    **$88,805.10**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                          **Total >**
                                        **(Use only on last page of the completed Schedule F.)**
                                  **(Report also on Summary of Schedules and, if applicable, on the**
                                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Jagger Industries, LLC**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  xxxx4080<br>**Reliable Office Supplies**<br>P.O. Box 105529<br>Atlanta, GA  30348-5529 | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods & Services**<br>REMARKS: | | | | $182.78 |
| ACCT #:  xxxlube<br>**Sage Environmental Consulting**<br>P.O. Box 1883<br>San Antonio, TX  78297 | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods & Services**<br>REMARKS: | | | | $10,441.80 |
| ACCT #:<br>**Shellist Lazarz Clobin, LLP**<br>11 Greenway Plaza, Ste 1515<br>Houston, TX  77046 | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods & Services**<br>REMARKS: | | | | $1,534.50 |
| ACCT #:<br>**SMB Technology Consulting, LLC**<br>17515 Spring Cypress Rd., #C219<br>Cypress, TX  77429 | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods & Services**<br>REMARKS: | | | | $278.38 |
| ACCT #:<br>**Southwest Spectro-Chem Labs**<br>1009 Louisiana Ave<br>South Houston, TX  77587 | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods & Services**<br>REMARKS: | | | | $280.00 |
| ACCT #:  xx8488<br>**Sunbelt Rentals**<br>P.O. Box 409211<br>Atlanta, GA  30384-9211 | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods & Services**<br>REMARKS: | | | | $1,315.36 |

Sheet no. ____7____ of ____9____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**  $14,032.82

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jagger Industries, LLC**                                    Case No. _____

                                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Tamez, Pete**<br>**265 W Unon St.**<br>**Benson, AZ  85602** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods & Services**<br>REMARKS: | | | | $1,500.00 |
| ACCT #:  **xxxx2978**<br>**Texas Comm on Environmental Quality**<br>**P.O. Box 13089**<br>**Austin, TX  7871-3089** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods & Services**<br>REMARKS: | | | | $252.10 |
| ACCT #:  **xxxxxx #x8265**<br>**Trinity Industries Leasing Co**<br>**W 510131**<br>**P.O. Box 7777**<br>**Philadelphia, PA  19175-0131** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods & Services**<br>REMARKS: | | | | $149,737.84 |
| ACCT #:  **xxxxxxx xxxx-x0000**<br>**Triple D Uniform Rental**<br>**4031 Southerland Rd**<br>**Houston, TX  77092** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods & Services**<br>REMARKS: | | | | $316.38 |
| ACCT #:  **xxxxxx2714**<br>**United Rentals**<br>**7840 Highway 146 S**<br>**Baytown, TX  77520** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods & Services**<br>REMARKS: | | | | $1,544.97 |
| ACCT #:  **xxxx8061**<br>**Verizon Business**<br>**P.O. Box 371355**<br>**Pittsburgh, PA  15250-7355** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods & Services**<br>REMARKS: | | | | $2,466.17 |

Sheet no. ____8____ of ____9____ continuation sheets attached to                                    **Subtotal >**    $155,817.46
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                    **Total >**
                                                   **(Use only on last page of the completed Schedule F.)**
                                                   **(Report also on Summary of Schedules and, if applicable, on the**
                                                   **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jagger Industries, LLC**

Case No. _____
                   (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Vista Technology Partners Inc**<br>**2030 E Speedway Blvd., # 212**<br>**Tuscon, AZ  85719** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods & Services**<br>REMARKS: | | | | $99,500.00 |
| ACCT #:  **xxx-xxxxxxx-x791-8**<br>**Waste Management**<br>**P.O. Box 660345**<br>**Dallas, TX  75266-0345** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods & Services**<br>REMARKS: | | | | $512.39 |
| ACCT #:  **xxxxxx3.ECN**<br>**Weaver & Tidwell LLP**<br>**24 Greenway Plaza, Ste 1800**<br>**Houston, TX  77046** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods & Services**<br>REMARKS: | | | | $481.25 |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Sheet no. ____9____ of ____9____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**   $100,493.64

**Total >**   $1,016,551.37
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Jagger Industries, LLC**                                    CASE NO

                                                                              CHAPTER    **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  3/5/2014 _____                    Signature  /s/ James M. Heim _____
                                                                              *James M. Heim*
                                                                              *President*

Date _____                    Signature _____

A-Affordable Vacuum Service
P.O. Box 300011
Houston,TX  77230


Allometrics, Inc.
2500 Bayport Blvd.
Seabrook TX  77586


AmSpec, LLC
c/o Cody Moorse
Shelton Harrison et al
701 Highlander Blvd., # 270
Arlington, TX  76015

AmSpec, LLC
1249 South River Road
Cranbury, NJ  08512


Anthony Rivon All Control
810 Hamilton
P.O. Box 1173
Anahuac, TX  77514


Bakercorp
P.O. Box 843596
Los Angeles, CA  90084-3596


BakerCorp
101 Old Underwood Rd., Bldg. B
LaPorte, TX  77571


BC Goodwin Transportation, LLC
P.O. Box 3238
Salt Lake City, UT  84110-3238


Blue Cross of Texas
P.O. Box 731428
Dallas, TX  75373-1428

Brenner Tank Services
2840 Appelt Dr.
Houston, TX  77015


Bullseye Welding & Industrial Supply LLC
P.O. Box 2109
Baytown, TX  77522-2109


Caldwell, Larry
4544 Post Oak Place, Ste 123
Houston, TX  77027


Carnes Engineering, Inc
P.O. Box 668
Mont Belvieu, TX  77580


Channel Biorefinery & Terminals, LLC
13605 Industrial Rd
Houston, TX  77014


Chemtrec AR
P.O. Box 791383
Baltimore, MD  21279-1383


CIMA Services, LP
P.O. Box 646
South Houston, TX  77587-0646


Cintas FAS Lockbox
P.O. Box 636525
Cincinnati, OH  45263-6625


Coastal Welding Supply
P.O. Box 3029
Beaumont, TX  77704

Cokinos Energy Corporateion
Department 456
P.O. Box 4869
Houston, TX  77210-4869


Commercial Fence Company
d/b/a Commercial Access Controls
P.O. Box 1354
Pasadena, TX  77501


Essmyer & Daniel PC
5111 Center St.
Houston, TX  77007


Fisher & Associates
1800 Two Houston Center
909 Fannin St.
Houston, TX  77010


G Tech-HilTech
P.O. Box 2787
Conroe, TX  77305


Green Energy Advisors Group LLC
919 Orange Ave, Ste 202
Winter Park, FL  32789


GreenHunter Biofuels, Inc
In Receivership
c/o Diana E Marshall PLLC
1010 Lamar, Ste 450
Houston, TX  77002

Guardian Life Insurance Company
P.O. Box 824404
Philadelphia, PA  19182-4404


Gulf West Landfill TX LP
P.O. Box 841833
Dallas, TX  75284-1833

```
H&H Oil-Austin
1331 Gemini, Ste 250
Houston, TX  77058


Harris County Tax Assessor
Mike Sullivan
P.O. Box 4663
Houston, TX  77210-4663


Harris County TX
c/o Jennifer Matte Asst Cty Atty
1019 Congress, 15th Fl
Houston, TX  77002


Harris-Galveston Subsidence District
1660 West Bay Area Blvd.
Friendswood, TX  77546-2640


Hertz Equipment Rental Corp
Service Pump Division
P.O. Box 650280
Dallas, TX  75265-0280


Hoover Slovacek, LLP
P.O. Box 4547
Houston, TX  77210


Innovative Resources Managment
125 Crosscreek Dr.
Summerville, SC  29485


IRS
P.O. Box 7346
Philadelphia, PA  19114


IRS
Ogden, Utah 84201-0010
```

J&B Pipeline Supply Company
12921 N Alexander Dr
P.O. Box 1814
Baytown, TX   77522-1814


Jacobson Transportation Company, Inc.
P.O. Box 224
Des Moines, IA   50306


JAM Distributing Co
P.O. Box 201978
Dallas, TX   75320-1978


King, Larson
2800 Wells Fargo Place
30 E 7th St
Saint Paul, MN   55101-4922


LAAP, Inc.
P.O. Box 1437
Magnolia, TX   77353-1347


Liquid Environmental Solutions
P.O. Box 203371
Dallas, TX   75230-3371


Miller Transporters, Inc.
P.O. Box 1123
Jackson, MS   39215-1123


Pacific Business Capital Corp
245 Fischer Ave, Ste A-1
Costa Mesa, CA   962632


PBL - Premier Bulk Logistics
c/o Scanlan, Buckle & Young PC
602 West 11st St
Austin, TX   78701

Petroleum Materials LLC
30603 Tealcrest Estates Dr
Spring, TX  77386


Processing Equipment & Technologies, LLC
c/o Ron Sommers
2800 Post Oak Blvd., 61st Floor
Houston, TX   77056-5705


Prologic Technology Group
4633 E Broadway Blvd., Ste 150
Tuscon, AZ  85711


Reliable Office Supplies
P.O. Box 105529
Atlanta, GA  30348-5529


Sage Environmental Consulting
P.O. Box 1883
San Antonio, TX  78297


Shellist Lazarz Clobin, LLP
11 Greenway Plaza, Ste 1515
Houston, TX  77046


SMB Technology Consulting, LLC
17515 Spring Cypress Rd., #C219
Cypress, TX  77429


Southwest Spectro-Chem Labs
1009 Louisiana Ave
South Houston, TX  77587


Sunbelt Rentals
P.O. Box 409211
Atlanta, GA  30384-9211

Tamez, Pete
265 W Unon St.
Benson, AZ  85602


Texas Comm on Environmental Quality
P.O. Box 13089
Austin, TX  7871-3089


Trinity Industries Leasing Co
W 510131
P.O. Box 7777
Philadelphia, PA  19175-0131


Trinity Industries Leasing Corporation
2525 Stemmons Freeway
Dallas, TX  75207


Triple D Uniform Rental
4031 Southerland Rd
Houston, TX  77092


United Rentals
7840 Highway 146 S
Baytown, TX  77520


Verizon Business
P.O. Box 371355
Pittsburgh, PA  15250-7355


Vista Technology Partners Inc
2030 E Speedway Blvd., # 212
Tuscon, AZ  85719


Waste Management
P.O. Box 660345
Dallas, TX  75266-0345

Weaver & Tidwell LLP
24 Greenway Plaza, Ste 1800
Houston, TX  77046