IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 14-31345 |
| | § | |
| JAGGER INDUSTRIES, LLC | § | |
| | § | CHAPTER 7 |
| Debtor. | § | |

**NOTICE OF INTENTION TO ABANDON PROPERTY OF THE ESTATE
(RECORDS STORED AT OFFICES OF SPECIAL LITIGATION COUNSEL)**

TO ALL CREDITORS, PARTIES IN INTEREST, INDENTURE TRUSTEES AND COMMITTEES APPOINTED OR ELECTED IN THIS CASE PURSUANT TO LAW:

**THIS NOTICE SEEKS RELIEF THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE ABANDONMENT, YOU SHOULD IMMEDIATELY CONTACT THE TRUSTEE'S COUNSEL TO RESOLVE THE DISPUTE. IF YOU AND THE TRUSTEE CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE TRUSTEE. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 14 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE ABANDONMENT SHOULD NOT BE ALLOWED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE ABANDONMENT MAY BE ALLOWED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE ABANDONMENT AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE ABANDONMENT AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

In accordance with Bankruptcy Rule 6007 and pursuant to 11 U.S.C. §554, notice is hereby given that Janet S. Northrup, Trustee of the above referenced bankruptcy estate, intends to and will abandon all records obtained by, provided to, or produced by Carrigan McCloskey & Roberson L.L.P. ("Special Counsel") and currently stored by Special Counsel at 945 Heights Blvd, Houston, TX 77008, including but not limited to the following:

1. Debtor records produced in connection with the concluded state court case of Cause No. 413338-401, *Estate of Jason Andrew Gehrig v. Prologic Management Systems, Inc.*, et al., pending the Probate Court No. 1, Harris County, Texas (the "State Court Litigation"). The Trustee is currently maintaining electronic copies of the production until this bankruptcy case is concluded, at which time the electronic copies may also be destroyed.

The State Court Litigation is concluded. Based on her investigation, it is the Trustee's opinion that the records are now of inconsequential value and benefit to the estate or are burdensome to the estate, and therefore should be abandoned. Unless an objection and request for hearing is timely filed with the Bankruptcy Court and served upon the Trustee within fourteen (14) days of the mailing of this notice, these records shall be deemed abandoned without an order or further notice.

Respectfully submitted,

HUGHES, WATTERS & ASKANASE, L.LP.

/s/ Rhonda R. Chandler
Rhonda R. Chandler
State Bar No. 04010600
Hughes, Watters & Askanase, L.L.P.
333 Clay, Suite 2900
Houston, Texas 77002
713/759-0818 Phone
713/759-6834 Fax
ATTORNEYS FOR TRUSTEE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice of Intention to Abandon Property of the Estate (Records Stored at Offices of Special Litigation Counsel)* has been served on those parties shown on the attached Service List via electronic notice and/or first class U.S. mail, postage prepaid on this the 5th day of February, 2016.

/s/ Rhonda R. Chandler
Rhonda R. Chandler

2

## SERVICE LIST

Debtor
*Jagger Industries, LLC
9400 Needlepoint Rd.
Baytown, TX 77521-9390

Debtor's Counsel
Kimberly Anne Bartley
Waldron & Schneider, L.L.P.
15150 Middlebrook Drive
Houston, TX 77058-1227

Chapter 7 Trustee
Janet S. Northrup
Hughes Watters and Askanase
333 Clay, 29th Floor
Houston, TX 77002-2571

U.S. Trustee
Hector Duran
Office of the US Trustee
515 Rusk Ave, Ste 3516
Houston, TX 77002-2604

Creditors
A-Affordable Vacuum Service
P.O. Box 300011
Houston, TX 77230-0011

Allometrics, Inc.
2500 Bayport Blvd.
Seabrook, TX 77586-2405

AmSpec, LLC
1249 South River Road
Cranbury, NJ 08512-3633

AmSpec, LLC
c/o Cody Moorse
Shelton Harrison et al
701 Highlander Blvd., # 270
Arlington, TX 76015-4600

Anthony Rivon All Control
810 Hamilton
P.O. Box 1173
Anahuac, TX 77514-1173

BC Goodwin Transportation, LLC
P.O. Box 3238
Salt Lake City, UT 84110-3238

BakerCorp
101 Old Underwood Rd., Bldg. B
LaPorte, TX 77571-9480

Bakercorp
P.O. Box 843596
Los Angeles, CA 90084-3596

Blue Cross of Texas
P.O. Box 731428
Dallas, TX 75373-1428

Brenner Tank Services
2840 Appelt Dr.
Houston, TX 77015-6554

Bullseye Welding & Industrial Supply LLC
P.O. Box 2109
Baytown, TX 77522-2109

Larry Caldwell
4544 Post Oak Place, Ste 123
Houston, TX 77027-3111

Carnes Engineering, Inc
P.O. Box 668
Mont Belvieu, TX 77580-0668

Channel Biorefinery & Terminals, LLC
13605 Industrial Rd
Houston, TX 77015-6818
Chemtrec AR
P.O. Box 791383
Baltimore, MD 21279-1383

*Return to sender, unable to forward

Cintas FAS Lockbox
P.O. Box 636525
Cincinnati, OH 45263-6625

Coastal Welding Supply
P.O. Box 3029
Beaumont, TX 77704-3029

Cokinos Energy Corporation
Department 456
P.O. Box 4869
Houston, TX 77210-4869

Commercial Fence Company
d/b/a Commercial Access Controls
P.O. Box 1354
Pasadena, TX 77501-1354

Michael M. Essmyer, Sr.
Essmyer & Daniel, PC
5111 Center Street
Houston, TX 77007-3305

Fisher & Associates
55 Waugh Drive, Suite 603
Houston, TX 77007

G Tech-HilTech
P.O. Box 2787
Conroe, TX 77305-2787

Green Energy Advisors Group LLC
919 Orange Ave, Ste 202
Winter Park, FL 32789-4764

GreenHunter Biofuels, Inc
In Receivership
c/o Diana E Marshall PLLC
1010 Lamar, Ste 450
Houston, TX 77002-6322

Guardian Life Insurance Company
P.O. Box 824404
Philadelphia, PA 19182-4404

Gulf West Landfill TX LP
P.O. Box 841833
Dallas, TX 75284-1833

H&H Oil-Austin
1331 Gemini, Ste 250
Houston, TX 77058-2764

Harris County TX
c/o Jennifer Matte Asst Cty Atty
1019 Congress, 15th Floor
Houston, TX 77002-1799

Harris County Tax Assessor
Mike Sullivan
P.O. Box 4663
Houston, TX 77210-4663

Harris-Galveston Subsidence District
1660 West Bay Area Blvd.
Friendswood, TX 77546-2640

Hertz Equipment Rental Corp
Service Pump Division
P.O. Box 650280
Dallas, TX 75265-0280

Hoover Slovacek, LLP
P.O. Box 4547
Houston, TX 77210-4547

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Innovative Resources Management
125 Crosscreek Dr.
Summerville, SC 29485-8250

J&B Pipeline Supply Company
12921 N Alexander Dr
P.O. Box 1814
Baytown, TX 77522-1814

*Return to sender, unable to forward

JAM Distributing Co
P.O. Box 201978
Dallas, TX 75320-1978

Jacobson Transportation Company, Inc.
P.O. Box 224
Des Moines, IA 50306-0224

Larson King
2800 Wells Fargo Place
30 E 7th St
Saint Paul, MN 55101-4922

*LAAP, Inc.
P.O. Box 1437
Magnolia, TX 77353-1437

Liquid Environmental Solutions
P.O. Box 203371
Dallas, TX 75230-3371

Miller Transporters, Inc.
P.O. Box 1123
Jackson, MS 39215-1123

PBL - Premier Bulk Logistics
c/o Scanlan, Buckle & Young PC
602 West 11st St
Austin, TX 78701-2007

Pacific Business Capital Corp
245 Fischer Ave, Ste A-1
Costa Mesa, CA 92626-4553

Petroleum Materials LLC
30603 Tealcrest Estates Dr
Spring, TX 77386-2740

Processing Equipment & Technologies, LLC
c/o Ron Sommers
2800 Post Oak Blvd., 61st Floor
Houston, TX 77056-6131

Prologic Technology Group
4633 E Broadway Blvd., Ste 150
Tuscon, AZ 85711-3511

Reliable Office Supplies
P.O. Box 105529
Atlanta, GA 30348-5529

SMB Technology Consulting, LLC
17515 Spring Cypress Rd., #C219
Cypress, TX 77429-2688

Sage Environmental Consulting
P.O. Box 1883
San Antonio, TX 78297-1883

Shellist Lazarz Clobin, LLP
11 Greenway Plaza, Ste 1515
Houston, TX 77046-1108

Southwest Spectro-Chem Labs
1009 Louisiana Ave
South Houston, TX 77587-3126

Sunbelt Rentals
P.O. Box 409211
Atlanta, GA 30384-9211

Pete Tamez
265 W Unon St.
Benson, AZ 85602-6872

Texas Comm on Environmental Quality
P.O. Box 13089
Austin, TX 78711-3089

Trinity Industries Leasing Co
W 510131
P.O. Box 7777
Philadelphia, PA 19175-0131

Trinity Industries Leasing Corporation
2525 Stemmons Freeway
Dallas, TX 75207-2401

*Return to sender, unable to forward

Triple D Uniform Rental
4031 Southerland Rd
Houston, TX 77092-4414

United Rentals
7840 Highway 146 S
Baytown, TX 77523-7617

*Verizon Business
P.O. Box 371355
Pittsburgh, PA 15250-7355

Vista Technology Partners Inc.
4633 E. Broadway Blvd.
Tuscon, AZ 85711-3511

Waste Management
P.O. Box 660345
Dallas, TX 75266-0345

Weaver & Tidwell LLP
24 Greenway Plaza, Ste 1800
Houston, TX 77046-2457

Parties Requesting Notice
CIMA Services, LP
c/o Kenneth M. Krock
Megan N. Brown
Rapp & Krock, PC
3050 Post Oak Blvd, Suite 1425
Houston, TX 77056

Pacific Business Capital Corporation
c/o Bruce B. Osterstrom
245 Fischer Avenue, Suite A-1
Costa Mesa, CA 92616

Mary Ann Kilgore
Jeannie L. Anderson
Union Pacific Railroad Company
1400 Douglass Street, STOP 1580
Omaha, Nebraska 68179

Law Offices of Jennine Hovell-Cox
P.O. Box 16276
Sugar Land, TX 77496-6276

Joseph Kots
Commonwealth of Pennsylvania
Department of Labor and Industry
Reading Bankruptcy & Compliance Unit
625 Cherry Street, Room 203
Reading, PA 19602-1152

*Return to sender, unable to forward