UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| In re: | § | Case No. 14-31345 |
|---|---|---|
| | § | |
| JAGGER INDUSTRIES, LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Janet S. Northrup, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>*(without deducting any secured claims)* | $3,868,058.36 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $826,910.78 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $782,107.64 | | |

3) Total gross receipts of $1,660,371.16 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $51,352.74 (see **Exhibit 2**), yielded net receipts of $1,609,018.42 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $651,912.50 | $741,864.46 | $66,965.80 | $66,965.80 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $782,107.64 | $782,107.64 | $782,107.64 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $167,450.96 | $13,673.17 | $13,673.17 | $13,338.42 |
| General Unsecured Claims (from **Exhibit 7**) | $1,108,441.37 | $2,162,566.52 | $743,421.57 | $746,606.56 |
| **Total Disbursements** | $1,927,804.83 | $3,700,211.79 | $1,606,168.18 | $1,609,018.42 |

4). This case was originally filed under chapter 7 on 03/05/2014. The case was pending for 56 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/19/2018            By:  /s/ Janet S. Northrup
                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Claims for IRS Renewable Fuel Credit for 2012 | 1129-000 | $1,204,917.89 |
| Office Suplies, Furniture & Equipment | 1129-000 | $5,000.00 |
| State of Texas Sales Tax Refund - Natural Gas | 1129-000 | $15,045.87 |
| Stock (100%); First Clear Choice, Inc. | 1129-000 | $26,100.00 |
| Wells Fargo Acct # 1814149793 | 1129-000 | $571.25 |
| Wells Fargo Acct # 1814149801 | 1129-000 | $367.07 |
| Wells Fargo Acct # 2000045739350 | 1129-000 | $6.31 |
| Wells Fargo Acct # 2705910228 | 1129-000 | $35.27 |
| Wells Fargo Acct # 2733830133 | 1129-000 | $50.02 |
| Tax Refund | 1224-000 | $1,094.13 |
| 2009 Super Air Nautique 210 Team Boat; 2009 Ramlin Custom Boat Trailer | 1229-000 | $35,662.68 |
| Claims against Estate of Jason Gehrig and Ellering, LLC regarding EPA RIN Mismanagement | 1229-000 | $350,000.00 |
| Compromise; Bennett Fisher & Fisher & Associates | 1229-000 | $4,000.00 |
| Refund from Texas Workforce Commission | 1229-000 | $2,520.67 |
| Vehicles (1997 Peterbilt Tank Tractor; 2004 Freightliner Truck; 2008 American Flatbed; Lexus) | 1229-000 | $15,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,660,371.16** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| Greater Houston Community Foundation | Surplus Funds | 8200-052 | $2,567.68 |
| Jason A. Gehrig | Surplus Funds | 8200-052 | $32,523.38 |
| Prologic | Surplus Funds | 8200-052 | $16,261.68 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$51,352.74** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Pacific Business Capital Corp | 4210-000 | $651,912.50 | $674,898.66 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | City of Baytown | 4210-000 | $0.00 | $595.39 | $595.39 | $595.39 |
| | IRS Claim (set off) | 4300-000 | $0.00 | $66,370.41 | $66,370.41 | $66,370.41 |
| | **TOTAL SECURED CLAIMS** | | $651,912.50 | $741,864.46 | $66,965.80 | $66,965.80 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee compensation, Trustee | 2100-000 | NA | $71,522.74 | $71,522.74 | $71,522.74 |
| Trustee expenses, Trustee | 2200-000 | NA | $2,606.16 | $2,606.16 | $2,606.16 |
| George Adams & Company Insurance Agency LLC | 2300-000 | NA | $54.93 | $54.93 | $54.93 |
| Internation Sureties, LTD | 2300-000 | NA | $110.17 | $110.17 | $110.17 |
| Integrity Bank | 2600-000 | NA | $15,371.72 | $15,371.72 | $15,371.72 |
| AmeriPower, LLC | 2990-000 | NA | $1,184.17 | $1,184.17 | $1,184.17 |
| HughesWattersAskanase, Attorney for Trustee | 3110-000 | NA | $181,905.50 | $181,905.50 | $181,905.50 |
| HughesWattersAskanase, Attorney for Trustee | 3120-000 | NA | $4,595.54 | $4,595.54 | $4,595.54 |
| Special Counsel for Trustee Fees, Special Counsel for Trustee | 3210-600 | NA | $146,475.00 | $146,475.00 | $146,475.00 |
| Special Counsel for Trustee Expenses, Attorney for Trustee | 3220-000 | NA | $12,106.42 | $12,106.42 | $12,106.42 |
| Hrbacek Martinez & Nestor, P.C., Accountant for Trustee | 3410-000 | NA | $3,422.23 | $3,422.23 | $3,422.23 |
| KenWood & Associates, PC, Accountant for Trustee | 3410-000 | NA | $44,378.50 | $44,378.50 | $44,378.50 |
| Hrbacek Martinez & Nestor, P.C., Special Accountant for Trustee | 3410-580 | NA | $168,640.95 | $168,640.95 | $168,640.95 |
| Susan S. Martinez, PLLC, Special Accountant for Trustee | 3410-580 | NA | $129,166.29 | $129,166.29 | $129,166.29 |
| KenWood & Associates, PC, Accountant for | 3420-000 | NA | $567.32 | $567.32 | $567.32 |

**UST Form 101-7-TDR (10/1/2010)**

| Trustee | | | | |
|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | NA | $782,107.64 | $782,107.64 | $782,107.64 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | The Guardian Life Insurance Company of America | 5400-000 | $0.00 | $334.75 | $334.75 | $0.00 |
| 6 | IRS | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12a | Larry E. Caldwell | 5300-000 | $22,150.00 | $12,475.00 | $12,475.00 | $12,475.00 |
| 19 | State of Alabama Department of Revenue | 5800-000 | $0.00 | $863.42 | $863.42 | $863.42 |
| | Cardenas, Adrian | 5800-000 | $801.00 | $0.00 | $0.00 | $0.00 |
| | Harris County Tax Assessor | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Luu, Nancie | 5800-000 | $1,545.69 | $0.00 | $0.00 | $0.00 |
| | Martinez, Thomas | 5800-000 | $196.00 | $0.00 | $0.00 | $0.00 |
| | Vista Technology Partners Inc | 5800-000 | $99,500.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $124,192.69 | $13,673.17 | $13,673.17 | $13,338.42 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | CIMA Services, LP | 7100-000 | $12,075.00 | $11,828.25 | $11,828.25 | $11,828.25 |
| 3 | Moto Group | 7100-000 | $0.00 | $43,000.00 | $43,000.00 | $43,000.00 |
| 4 | JM Partners, LLC | 7100-000 | $0.00 | $4,768.60 | $4,768.60 | $4,768.60 |
| 7 | Essmyer & Daniel, P.C. | 7100-000 | $6,734.00 | $11,367.00 | $11,367.00 | $11,367.00 |
| 8 | Ameripower LLC | 7100-000 | $0.00 | $1,472.78 | $1,472.78 | $1,472.78 |
| 9 | Texas Commission on Environmental Quality | 7300-000 | $252.10 | $54,000.00 | $54,000.00 | $54,000.00 |
| 10 | Erin Gehrig | 7100-000 | $0.00 | $6,120.00 | $6,120.00 | $6,120.00 |
| 11 | Prologic Management Systems, Inc. | 7100-000 | $219,660.00 | $241,660.06 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 12b | Larry E. Caldwell | 7100-000 | $0.00 | $9,675.00 | $9,675.00 | $9,675.00 |
| 13 | Erin Gehrig | 7100-000 | $0.00 | $99,500.00 | $99,500.00 | $99,500.00 |
| 14 | Renewable Energy Holdings LLC | 7100-000 | $0.00 | $250,000.00 | $0.00 | $0.00 |
| 15 | Moto Group | 7100-000 | $0.00 | $501,117.78 | $501,117.78 | $501,117.78 |
| 16 | Washakie Renewable Energy | 7200-000 | $0.00 | $677,484.89 | $0.00 | $0.00 |
| 17 | Renewable Energy Holdings LLC | 7200-000 | $0.00 | $250,000.00 | $0.00 | $0.00 |
| 19A | State of Alabama Department of Revenue | 7100-000 | $0.00 | $236.00 | $236.00 | $236.00 |
| | UNITED STATES BANKRUPTCY COURT | 7100-000 | $0.00 | $336.16 | $336.16 | $336.16 |
| | Ameripower LLC | 7990-000 | $0.00 | $0.00 | $0.00 | $6.20 |
| | CIMA Services, LP | 7990-000 | $0.00 | $0.00 | $0.00 | $49.75 |
| | City of Baytown | 7990-000 | $0.00 | $0.00 | $0.00 | $2.50 |
| | Erin Gehrig | 7990-000 | $0.00 | $0.00 | $0.00 | $418.62 |
| | Erin Gehrig | 7990-000 | $0.00 | $0.00 | $0.00 | $25.75 |
| | Essmyer & Daniel, P.C. | 7990-000 | $0.00 | $0.00 | $0.00 | $47.83 |
| | JM Partners, LLC | 7990-000 | $0.00 | $0.00 | $0.00 | $20.06 |
| | Larry E. Caldwell | 7990-000 | $0.00 | $0.00 | $0.00 | $52.49 |
| | Larry E. Caldwell | 7990-000 | $0.00 | $0.00 | $0.00 | $40.71 |
| | Moto Group | 7990-000 | $0.00 | $0.00 | $0.00 | $180.91 |
| | Moto Group | 7990-000 | $0.00 | $0.00 | $0.00 | $2,108.34 |
| | State of Alabama Department of Revenue | 7990-000 | $0.00 | $0.00 | $0.00 | $3.64 |
| | State of Alabama Department of Revenue | 7990-000 | $0.00 | $0.00 | $0.00 | $1.00 |
| | Texas Commission on Environmental Quality | 7990-000 | $0.00 | $0.00 | $0.00 | $227.19 |
| | A-Affordable Vacuum Service | 7100-000 | $1,000.00 | $0.00 | $0.00 | $0.00 |
| | Allometrics, Inc. | 7100-000 | $325.00 | $0.00 | $0.00 | $0.00 |
| | AmSpec, LLC | 7100-000 | $21,612.65 | $0.00 | $0.00 | $0.00 |
| | Anthony Rivon All Control | 7100-000 | $5,117.81 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| | Bakercorp | 7100-000 | $183,154.06 | $0.00 | $0.00 | $0.00 |
| | BC Goodwin Transportation, LLC | 7100-000 | $6,200.00 | $0.00 | $0.00 | $0.00 |
| | Blue Cross of Texas | 7100-000 | $4,489.62 | $0.00 | $0.00 | $0.00 |
| | Brenner Tank Services | 7100-000 | $352.86 | $0.00 | $0.00 | $0.00 |
| | Bullseye Welding & Industrial Supply LLC | 7100-000 | $747.68 | $0.00 | $0.00 | $0.00 |
| | Carnes Engineering, Inc | 7100-000 | $1,901.50 | $0.00 | $0.00 | $0.00 |
| | Channel Biorefinery & Terminals, LLC | 7100-000 | $12,850.00 | $0.00 | $0.00 | $0.00 |
| | Chemtrec AR | 7100-000 | $675.00 | $0.00 | $0.00 | $0.00 |
| | Cintas FAS Lockbox | 7100-000 | $764.55 | $0.00 | $0.00 | $0.00 |
| | Coastal Welding Supply | 7100-000 | $905.12 | $0.00 | $0.00 | $0.00 |
| | Cokinos Energy Corporateion | 7100-000 | $21,900.38 | $0.00 | $0.00 | $0.00 |
| | Commercial Fence Company | 7100-000 | $2,383.50 | $0.00 | $0.00 | $0.00 |
| | Fisher & Associates | 7100-000 | $1,366.50 | $0.00 | $0.00 | $0.00 |
| | G Tech-HilTech | 7100-000 | $27,478.44 | $0.00 | $0.00 | $0.00 |
| | Green Energy Advisors Group LLC | 7100-000 | $3,351.04 | $0.00 | $0.00 | $0.00 |
| | GreenHunter Biofuels, Inc | 7100-000 | $27,060.00 | $0.00 | $0.00 | $0.00 |
| | Guardian Life Insurance Company | 7100-000 | $753.86 | $0.00 | $0.00 | $0.00 |
| | Gulf West Landfill TX LP | 7100-000 | $1,715.92 | $0.00 | $0.00 | $0.00 |
| | H&H Oil-Austin | 7100-000 | $8,191.27 | $0.00 | $0.00 | $0.00 |
| | Harris County TX | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Harris-Galveston Subsidence District | 7100-000 | $20.00 | $0.00 | $0.00 | $0.00 |
| | Hertz Equipment Rental Corp | 7100-000 | $3,229.13 | $0.00 | $0.00 | $0.00 |
| | Hoover Slovacek, LLP | 7100-000 | $111,727.47 | $0.00 | $0.00 | $0.00 |
| | Innovative Resources Managment | 7100-000 | $50,787.25 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| J&B Pipeline Supply Company | 7100-000 | $5,256.30 | $0.00 | $0.00 | $0.00 |
| Jacobson Transportation Company, Inc. | 7100-000 | $101,308.00 | $0.00 | $0.00 | $0.00 |
| JAM Distributing Co | 7100-000 | $4,834.61 | $0.00 | $0.00 | $0.00 |
| King, Larson | 7100-000 | $4,983.83 | $0.00 | $0.00 | $0.00 |
| LAAP, Inc. | 7100-000 | $2,655.40 | $0.00 | $0.00 | $0.00 |
| Liquid Environmental Solutions | 7100-000 | $2,272.32 | $0.00 | $0.00 | $0.00 |
| Miller Transporters, Inc. | 7100-000 | $35,778.75 | $0.00 | $0.00 | $0.00 |
| PBL - Premier Bulk Logistics | 7100-000 | $39,661.50 | $0.00 | $0.00 | $0.00 |
| Petroleum Materials LLC | 7100-000 | $2,317.13 | $0.00 | $0.00 | $0.00 |
| Reliable Office Supplies | 7100-000 | $182.78 | $0.00 | $0.00 | $0.00 |
| Sage Environmental Consulting | 7100-000 | $10,441.80 | $0.00 | $0.00 | $0.00 |
| Shellist Lazarz Clobin, LLP | 7100-000 | $1,534.50 | $0.00 | $0.00 | $0.00 |
| SMB Technology Consulting, LLC | 7100-000 | $278.38 | $0.00 | $0.00 | $0.00 |
| Southwest Spectro-Chem Labs | 7100-000 | $280.00 | $0.00 | $0.00 | $0.00 |
| Sunbelt Rentals | 7100-000 | $1,315.36 | $0.00 | $0.00 | $0.00 |
| Tamez, Pete | 7100-000 | $1,500.00 | $0.00 | $0.00 | $0.00 |
| Trinity Industries Leasing Co | 7100-000 | $149,737.84 | $0.00 | $0.00 | $0.00 |
| Triple D Uniform Rental | 7100-000 | $316.38 | $0.00 | $0.00 | $0.00 |
| United Rentals | 7100-000 | $1,544.97 | $0.00 | $0.00 | $0.00 |
| Verizon Business | 7100-000 | $2,466.17 | $0.00 | $0.00 | $0.00 |
| Waste Management | 7100-000 | $512.39 | $0.00 | $0.00 | $0.00 |
| Weaver & Tidwell LLP | 7100-000 | $481.25 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $1,108,441.37 | $2,162,566.52 | $743,421.57 | $746,606.56 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1   Exhibit 8

| Case No.: | 14-31345-H5 | Trustee Name: | Janet S. Northrup |
|---|---|---|---|
| Case Name: | JAGGER INDUSTRIES, LLC | Date Filed (f) or Converted (c): | 03/05/2014 (f) |
| For the Period Ending: | 11/19/2018 | §341(a) Meeting Date: | 04/11/2014 |
| | | Claims Bar Date: | 08/04/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | |
|---|---|---|---|---|---|
| 1 | Wells Fargo Acct # 2000045739350 | $6.31 | $0.00 | | $6.31 | FA |
| Asset Notes: | Proceeds remitted to Trustee | | | | | |
| 2 | Wells Fargo Acct # 1814149793 | $639.00 | $571.25 | | $571.25 | FA |
| Asset Notes: | Proceeds remitted to Trustee | | | | | |
| 3 | Wells Fargo Acct # 1814149801 | $466.99 | $367.07 | | $367.07 | FA |
| Asset Notes: | Proceeds remitted to Trustee | | | | | |
| 4 | Wells Fargo Acct # 2705910228 | $35.27 | $0.00 | | $35.27 | FA |
| Asset Notes: | Proceeds remitted to Trustee | | | | | |
| 5 | Wells Fargo Acct # 2733830133 | $75.02 | $50.02 | | $50.02 | FA |
| Asset Notes: | Proceeds remitted to Trustee | | | | | |
| 6 | Stock (100%); Processing Equpment & Technologies, LLC | $200,000.00 | $200,000.00 | | $0.00 | FA |
| Asset Notes: | Will abandon pursuant 554(c) as burdensome to the Estate. This company is currently in Chapter 11, Case No. 14-30925-H5-7; United States Bankruptcy Court; Southern District of Texas; Houston Division. | | | | | |
| 7 | Stock (100%); First Clear Choice, Inc. | $100,000.00 | $26,100.00 | | $26,100.00 | FA |
| Asset Notes: | 09/01/15; #128; Order Granting Trustee's Motion for Authority to Sell Estate's Interest in Stock | | | | | |
| 8 | Accounts Receivable (Claim against Processing Equipment & Technologies, LLC) | $187,930.36 | $187,930.36 | | $0.00 | FA |
| 9 | Receivable Claim against Elton Childs. | $50,000.00 | $50,000.00 | | $0.00 | FA |
| 10 | Conversion A/R Claim against Centrifuge Services | $40,000.00 | $40,000.00 | | $0.00 | FA |
| 11 | State of Texas Sales Tax Refund - Natural Gas | $14,997.00 | $15,045.87 | | $15,045.87 | FA |
| 12 | Claims for IRS Renewable Fuel Credit for 2012 | $2,355,081.00 | $1,000.00 | | $1,204,917.89 | FA |
| 13 | Claims against Estate of Jason Gehrig - Conversion. | $664,124.00 | $0.00 | | $0.00 | FA |
| 14 | Claims against Estate of Jason Gehrig - Life Insurance | $2,500,000.00 | $0.00 | | $0.00 | FA |
| 15 | Office Suplies, Furniture & Equipment | $5,000.00 | $5,000.00 | | $5,000.00 | FA |
| Asset Notes: | 08/29/14; #93; Order Granting Trustee's Motion for Authority to Sell Used Equipment Free and Clear of All Liens, Claims and Interests | | | | | |
| 16 | Refund from Texas Workforce Commission (u) | $2,520.67 | $2,520.67 | | $2,520.67 | FA |

FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No: 2     Exhibit 8

| Case No.: | 14-31345-H5 | Trustee Name: | Janet S. Northrup |
|---|---|---|---|
| Case Name: | JAGGER INDUSTRIES, LLC | Date Filed (f) or Converted (c): | 03/05/2014 (f) |
| For the Period Ending: | 11/19/2018 | §341(a) Meeting Date: | 04/11/2014 |
| | | Claims Bar Date: | 08/04/2014 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 17 | Vehicles (1997 Peterbilt Tank Tractor; 2004 Freightliner Truck; 2008 American Flatbed; Lexus) (u) | $30,500.00 | $15,000.00 | | $15,000.00 | FA |
| Asset Notes: | 07/06/14; #84; Order Granting Motion to Sell | | | | | |
| 18 | Compromise; Bennett Fisher & Fisher & Associates (u) | $4,000.00 | $4,000.00 | | $4,000.00 | FA |
| Asset Notes: | 01/15/15; #108; Order Granting Trustee's Motion for Authority to Compromise Controversy with Bennett Fisher & Fisher & Associates | | | | | |
| 19 | 2009 Super Air Nautique 210 Team Boat; 2009 Ramlin Custom Boat Trailer (u) | $63,000.00 | $35,662.68 | | $35,662.68 | FA |
| Asset Notes: | 02/18/15; #111; Order Granting Trustee's Motion for Approval of Sale of Boat and Order Authorizing Payment of Certain Closing Fees & Expenses | | | | | |
| 20 | Compromise with Insiders- See Asset #25 (u) | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | 07/22/15; #115; Order Granting Trustee's Motion to Compromise Controversy | | | | | |
| 21 | Tax Refund (u) | $0.00 | $1,094.13 | | $1,094.13 | FA |
| 22 | Stock (51%); Needlepoint Energy, LLC (u) | $204.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Will abandon pursuant to 554(c) as burdensome to the Estate.  It would not be cost effective to the creditors of the Estate for the Trustee to liquidate the Estate's interest in this asset due to its minimal value.   The creditors of the Estate would not benefit from any liquidation by the Trustee.  Therefore, this asset is burdensome to the Estate and deemed abandoned by the Trustee. | | | | | |
| 23 | Computer (in custody of Erin Gehrig) (u) | $800.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Will abandon pursuant to 554(c) as burdensome to the Estate.  It would not be cost effective to the creditors of the Estate for the Trustee to liquidate the Estate's interest in this asset due to its minimal value.   The creditors of the Estate would not benefit from any liquidation by the Trustee.  Therefore, this asset is burdensome to the Estate and deemed abandoned by the Trustee. | | | | | |
| 24 | Claim against Ronnie Joe Jr. for theft and other damages. (Indictment incorrectly states stolen assets belong to third party.] (u) | $225,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Will abandon pursuant to 554(c) as burdensome to the Estate.  It would not be cost effective to the creditors of the Estate for the Trustee to liquidate the Estate's interest in this asset due to its minimal value.   The creditors of the Estate would not benefit from any liquidation by the Trustee.  Therefore, this asset is burdensome to the Estate and deemed abandoned by the Trustee. | | | | | |
| 25 | Claims against Estate of Jason Gehrig and Ellering, LLC regarding EPA RIN Mismanagement (u) | Unknown | $350,000.00 | | $350,000.00 | FA |

**TOTALS (Excluding unknown value)** | | $6,444,379.62 | $934,342.05 | | $1,660,371.16 | **Gross Value of Remaining Assets** $0.00 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 3      Exhibit 8

| Case No.: | 14-31345-H5 | Trustee Name: | Janet S. Northrup |
| Case Name: | JAGGER INDUSTRIES, LLC | Date Filed (f) or Converted (c): | 03/05/2014 (f) |
| For the Period Ending: | 11/19/2018 | §341(a) Meeting Date: | 04/11/2014 |
| | | Claims Bar Date: | 08/04/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities affecting case closing:**

| Date | Activity |
|---|---|
| 01/24/2018 | Notify Mike May of completion of case and notify of disposing of documents. |
| 04/27/2017 | 4/27/17- Status- Pending accountant final fee application; then ready for TFR. |
| 09/22/2016 | Email from Rhonda Chandler: Settlement funds in excess of $1 million are due from IRS by the end of October. Special counsel will need to do a final fee app for her contingent fee. Final tax returns and final fee applications of KWA and HWA will be needed. All claims are resolved. |
| 03/31/2016 | All claims have been reviewed. After withdrawals and amendments, all claims are OK, except IRS (which will be revised after funding of settlement with IRS). |
| 10/05/2015 | IRS recovery for $1,100,000.00 for excise tax recovery, will also reduce POC . Special tax counsel it handling...... Suzanne.... |
| 08/24/2015 | HWA filed fee app. Carrigan McCloskey filed fee app. |
| 07/28/2015 | No unclaimed funds found with Texas Comptroller. |
| 07/09/2015 | Trustee's report of sale filed. |
| 05/06/2015 | Accounts Receivable: Hired collection agency, but it was unable to collect. Received indication of interest from potential purchaser, but offer did not materialize. See email of 8-13-15. Email from Receivables Control Corp. on 5-6-15 re inability to collect. |
| 05/06/2015 | Promissory Note from Childs: No one can locate the original note. Not Larry Caldwell or Nancie Lui or Erin Gehrig. Does not appear anyone is in a position to give an affidavit of lost note. No further attempts to collect note will be made. Email to Kim Rankin, counsel for Gehrig, on 5/6/15. |
| 04/16/2015 | Status:  Settling litigation against insiders ($350,000). Appealing adverse ruling by IRS on whether IRS owes the Debtor for the excise tax credits (>$1 million). Dissolving the Debtor's subsidiary and upstreaming a liquidating dividend to the estate (not much, probably < $5,000).  Waiting on collection company to see if it can collect any of the a/r (not expected). |
| 02/03/2015 | Trustee is marketing and selling boat. The trustee may have procured a buyer. Rusty Wooley is working with the trustee to procure the buyer. |
| 08/13/2014 | Prepare letter to TWC forwarding refund request. |
| 08/12/2014 | Refund due from TWC, per email from TWC on 8/12/14. TWC says it mailed form to Jan on 8/8/14, but Turea has not seen it. Need to be on lookout for it; and/or request another form. Funds have been received (Jan thinks). Email to Turea on 9/11/14. |
| 07/22/2014 | Agreement reached for sale of office equipment, etc. for $5,000.  Motion to be filed. |
| 06/04/2014 | Attorneys pursuing claims against officers, directors and IRS. |
| 05/01/2014 | Trustee's request for assets filed. Claims bar date: 8/4/14 |
| 03/18/2014 | Receive call from Wells Fargo. They are mailing $1,029.92 to the office from all 5 bank accounts. |
| 03/17/2014 | Telephone conference with Wells Fargo regarding closing accounts. Prepare email to Wells Fargo. Office conference with trustee to receive instructions concerning case. |

Initial Projected Date Of Final Report (TFR):   12/31/2016          Current Projected Date Of Final Report (TFR):   12/31/2017       /s/ JANET S. NORTHRUP
                                                                                                                                                                                                  JANET S. NORTHRUP

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 14-31345-H5 | | | Trustee Name: | Janet S. Northrup |
|---|---|---|---|---|---|
| Case Name: | JAGGER INDUSTRIES, LLC | | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***7699 | | | Checking Acct #: | ******1345 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 3/5/2014 | | | Blanket bond (per case limit): | $69,990,000.00 |
| For Period Ending: | 11/19/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/25/2014 | | Wells Fargo Bank | Funds on deposit | * | $373.38 | | $373.38 |
| | {1} | | $6.31 | 1129-000 | | | $373.38 |
| | {3} | | $367.07 | 1129-000 | | | $373.38 |
| 03/25/2014 | | Wells Fargo Bank | Funds on deposit | * | $606.52 | | $979.90 |
| | {4} | | $35.27 | 1129-000 | | | $979.90 |
| | {2} | | $571.25 | 1129-000 | | | $979.90 |
| 03/25/2014 | (5) | Wells Fargo Bank | Funds on deposit | 1129-000 | $50.02 | | $1,029.92 |
| 03/25/2014 | (11) | Texas Comptroller of Public Accounts | Proceeds; Sales Tax Refund | 1129-000 | $15,045.87 | | $16,075.79 |
| 03/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $5.02 | $16,070.77 |
| 04/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $25.08 | $16,045.69 |
| 05/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $25.88 | $16,019.81 |
| 06/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $25.00 | $15,994.81 |
| 07/21/2014 | (17) | Washakie Renewable Energy, LLC | 07/06/14; #84 | 1229-000 | $15,000.00 | | $30,994.81 |
| 07/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $33.60 | $30,961.21 |
| 08/27/2014 | (16) | Texas Comptroller of Public Accounts | Refund from Texas Workforce Commission | 1229-000 | $2,520.67 | | $33,481.88 |
| 08/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $50.46 | $33,431.42 |
| 09/23/2014 | 1001 | George Adams & Company Insurance Agency LLC | Blanket Bond Premium for 2014-15 | 2300-000 | | $48.49 | $33,382.93 |
| 09/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $52.18 | $33,330.75 |
| 10/03/2014 | 1001 | VOID: George Adams & Company Insurance Agency LLC | Void of Check# 1001 | 2300-003 | | ($48.49) | $33,379.24 |
| 10/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $53.84 | $33,325.40 |
| 11/07/2014 | 1002 | George Adams & Company Insurance Agency LLC | Bond Premium Payment for 2014-15 | 2300-000 | | $54.93 | $33,270.47 |
| 11/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $51.96 | $33,218.51 |
| 12/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $53.58 | $33,164.93 |
| 01/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $53.49 | $33,111.44 |
| 02/19/2015 | (18) | Fisher and Associates | 01/15/15; #108 | 1229-000 | $4,000.00 | | $37,111.44 |
| 02/28/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $49.48 | $37,061.96 |
| | | | | SUBTOTALS | $37,596.46 | $534.50 | |

| Case No. | 14-31345-H5 | | | Trustee Name: | Janet S. Northrup |
|---|---|---|---|---|---|
| Case Name: | JAGGER INDUSTRIES, LLC | | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***7699 | | | Checking Acct #: | ******1345 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 3/5/2014 | | | Blanket bond (per case limit): | $69,990,000.00 |
| For Period Ending: | 11/19/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/19/2015 | (19) | Jesse Downey | 02/18/15; #111 | 1229-000 | $35,662.68 | | $72,724.64 |
| 03/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $82.05 | $72,642.59 |
| 04/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $113.39 | $72,529.20 |
| 05/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $116.98 | $72,412.22 |
| 06/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $113.03 | $72,299.19 |
| 07/06/2015 | (15) | Aspen Exploration | Refund of incorrect deposit for office supplies and furniture; Order Approving Motion to Sell; Doc. 93; 8/29/14 | 1129-000 | $5,000.00 | | $77,299.19 |
| 07/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $123.38 | $77,175.81 |
| 08/20/2015 | (25) | Bennett G. Fisher, PC IOLTA | 07/22/15; #115 | 1229-000 | $350,000.00 | | $427,175.81 |
| 08/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $324.79 | $426,851.02 |
| 09/14/2015 | (7) | Larry Caldwell | 09/01/15; #128 | 1129-000 | $26,100.00 | | $452,951.02 |
| 09/24/2015 | 1003 | Carrigan, McCloskey & Roberson, LLP | 09/24/15; #133 | * | | $158,581.42 | $294,369.60 |
| | | | Special Counsel for Trustee Fees  $(146,475.00) | 3210-600 | | | $294,369.60 |
| | | | Special Counsel for Trustee Expenses  $(12,106.42) | 3220-000 | | | $294,369.60 |
| 09/24/2015 | 1004 | Hughes Watters Askanase | 09/24/15; #132 | * | | $152,241.37 | $142,128.23 |
| | | | HughesWattersAskanase  $(148,839.50) | 3110-000 | | | $142,128.23 |
| | | | HughesWattersAskanase  $(3,401.87) | 3120-000 | | | $142,128.23 |
| 09/24/2015 | 1005 | AmeriPower, LLC | 08/29/14; #95 | 2990-000 | | $1,184.17 | $140,944.06 |
| 09/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $654.50 | $140,289.56 |
| 10/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $226.28 | $140,063.28 |
| 11/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $218.62 | $139,844.66 |
| 12/01/2015 | 1006 | Internation Sureties, LTD | 2015 Blanket Premium Bond | 2300-000 | | $69.99 | $139,774.67 |
| 12/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $225.45 | $139,549.22 |
| 01/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $225.09 | $139,324.13 |
| 02/29/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $210.23 | $139,113.90 |
| 03/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $224.38 | $138,889.52 |
| 04/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $216.79 | $138,672.73 |

SUBTOTALS  $416,762.68  $315,151.91

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 14-31345-H5 | | | Trustee Name: | Janet S. Northrup |
| --- | --- | --- | --- | --- | --- |
| Case Name: | JAGGER INDUSTRIES, LLC | | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***7699 | | | Checking Acct #: | ******1345 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 3/5/2014 | | | Blanket bond (per case limit): | $69,990,000.00 |
| For Period Ending: | 11/19/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $223.67 | $138,449.06 |
| 06/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $216.10 | $138,232.96 |
| 07/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $222.96 | $138,010.00 |
| 08/25/2016 | 1007 | Hughes Watters Askanase, LLP | 08/24/16; #151 | * | | $24,053.21 | $113,956.79 |
| | | | HughesWattersAskanase $(23,206.00) | 3110-000 | | | $113,956.79 |
| | | | HughesWattersAskanase $(847.21) | 3120-000 | | | $113,956.79 |
| 08/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $220.10 | $113,736.69 |
| 09/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $177.53 | $113,559.16 |
| 10/19/2016 | 1008 | Internation Sureties, LTD | Blanket Bond; Bond #016071777 | 2300-000 | | $40.18 | $113,518.98 |
| 10/19/2016 | 1009 | Internation Sureties, LTD | Bond Payment | 2300-000 | | $40.18 | $113,478.80 |
| 10/19/2016 | 1009 | VOID: Internation Sureties, LTD | Void of Check# 1009; Duplicate check | 2300-003 | | ($40.18) | $113,518.98 |
| 10/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $183.15 | $113,335.83 |
| 11/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $176.90 | $113,158.93 |
| 12/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $182.52 | $112,976.41 |
| 01/31/2017 | | United States Treasury | 032916; #147; Agreed Order on Motion to Compromise Controversy with IRS; 2012 Fuel Credit | * | $1,111,169.59 | | $1,224,146.00 |
| | {12} | | Gross Settlement Proceeds $1,177,540.00 | 1129-000 | | | $1,224,146.00 |
| | | | IRS Claim (set off) $(66,370.41) | 4300-000 | | | $1,224,146.00 |
| 01/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $240.04 | $1,223,905.96 |
| 02/24/2017 | 1010 | Hrbacek Martinez & Nestor, P.C. | 02/23/17; #157 | 3410-580 | | $168,640.95 | $1,055,265.01 |
| 02/24/2017 | 1011 | Susan S. Martinez, PLLC | 02/23/17; #157 | 3410-580 | | $125,744.05 | $929,520.96 |
| 02/28/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,767.72 | $927,753.24 |
| 03/28/2017 | (12) | United States Treasury | Proceeds; Interest | 1129-000 | $27,377.89 | | $955,131.13 |
| 03/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,502.10 | $953,629.03 |
| 04/03/2017 | 1012 | KenWood & Associates, P.C. | 03/24/17; #162 | * | | $37,969.66 | $915,659.37 |
| | | | KenWood & Associates, PC $(37,711.50) | 3410-000 | | | $915,659.37 |
| | | | KenWood & Associates, PC $(258.16) | 3420-000 | | | $915,659.37 |
| 04/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,439.13 | $914,220.24 |

SUBTOTALS   $1,138,547.48   $362,999.97

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-31345-H5 | | | Trustee Name: | Janet S. Northrup |
| --- | --- | --- | --- | --- | --- |
| Case Name: | JAGGER INDUSTRIES, LLC | | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***7699 | | | Checking Acct #: | ******1345 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 3/5/2014 | | | Blanket bond (per case limit): | $69,990,000.00 |
| For Period Ending: | 11/19/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/01/2017 | 1013 | Hrbacek Martinez & Nestor, P.C. | 04/26/17; #170 | 3410-000 | | $3,422.23 | $910,798.01 |
| 05/01/2017 | 1014 | Susan S. Martinez, PLLC | 04/26/17; #170 | 3410-580 | | $3,422.24 | $907,375.77 |
| 05/30/2017 | 1015 | Hughes Watters Askanase | 052417; #174 | * | | $10,206.46 | $897,169.31 |
| | | | HughesWattersAskanase         $(9,860.00) | 3110-000 | | | $897,169.31 |
| | | | HughesWattersAskanase         $(346.46) | 3120-000 | | | $897,169.31 |
| 05/30/2017 | 1016 | KEN WOOD & ASSOCIATES | 052417; #175 | * | | $6,976.16 | $890,193.15 |
| | | | KenWood & Associates, PC      $(6,667.00) | 3410-000 | | | $890,193.15 |
| | | | KenWood & Associates, PC      $(309.16) | 3420-000 | | | $890,193.15 |
| 05/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,348.92 | $888,844.23 |
| 06/26/2017 | (21) | United States Treasury | Tax Refund | 1224-000 | $1,094.13 | | $889,938.36 |
| 06/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,278.03 | $888,660.33 |
| 07/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,320.14 | $887,340.19 |
| 08/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,318.18 | $886,022.01 |
| 01/02/2018 | 1017 | Janet S. Northrup | 121917; #194; Order Approving Trustee's Compensation and Expenses | * | | $74,128.90 | $811,893.11 |
| | | | Trustee compensation         $(71,522.74) | 2100-000 | | | $811,893.11 |
| | | | Trustee expenses             $(2,606.16) | 2200-000 | | | $811,893.11 |
| 01/17/2018 | 1018 | Greater Houston Community Foundation | Distribution on Claim #: ; Amount Allowed: 2,567.68; Claim #: ; Distribution Dividend: 100.00; | 8200-052 | | $2,567.68 | $809,325.43 |
| 01/17/2018 | 1019 | Jason A. Gehrig | Distribution on Claim #: ; Amount Allowed: 32,523.38; Claim #: ; Distribution Dividend: 100.00; | 8200-052 | | $32,523.38 | $776,802.05 |
| 01/17/2018 | 1020 | Prologic | Distribution on Claim #: ; Amount Allowed: 16,261.68; Claim #: ; Distribution Dividend: 100.00; | 8200-052 | | $16,261.68 | $760,540.37 |
| 01/17/2018 | 1021 | CIMA Services, LP | Distribution on Claim #: 2; Amount Allowed: 11,828.25; Claim #: 2; Distribution Dividend: 100.00; | * | | $11,878.00 | $748,662.37 |
| | | | Claim Amount                 $(11,828.25) | 7100-000 | | | $748,662.37 |
| | | | Interest                     $(49.75) | 7990-000 | | | $748,662.37 |

SUBTOTALS       $1,094.13        $166,652.00

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 14-31345-H5 | Trustee Name: | Janet S. Northrup |
|---|---|---|---|
| Case Name: | JAGGER INDUSTRIES, LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***7699 | Checking Acct #: | ******1345 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 3/5/2014 | Blanket bond (per case limit): | $69,990,000.00 |
| For Period Ending: | 11/19/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/17/2018 | 1022 | Moto Group | Distribution on Claim #: 3; Amount Allowed: 43,000.00; Claim #: 3; Distribution Dividend: 100.00; | * | | $43,180.91 | $705,481.46 |
| | | | Claim Amount                             $(43,000.00) | 7100-000 | | | $705,481.46 |
| | | | Interest                                       $(180.91) | 7990-000 | | | $705,481.46 |
| 01/17/2018 | 1023 | JM Partners, LLC | Distribution on Claim #: 4; Amount Allowed: 4,768.60; Claim #: 4; Distribution Dividend: 100.00; | * | | $4,788.66 | $700,692.80 |
| | | | Claim Amount                               $(4,768.60) | 7100-000 | | | $700,692.80 |
| | | | Interest                                         $(20.06) | 7990-000 | | | $700,692.80 |
| 01/17/2018 | 1024 | The Guardian Life Insurance Company of America | Distribution on Claim #: 5; Amount Allowed: 334.75; Claim #: 5; Distribution Dividend: 100.00; | * | | $336.16 | $700,356.64 |
| | | | Claim Amount                                  $(334.75) | 5400-000 | | | $700,356.64 |
| | | | Interest                                           $(1.41) | 7990-000 | | | $700,356.64 |
| 01/17/2018 | 1025 | Essmyer & Daniel, P.C. | Distribution on Claim #: 7; Amount Allowed: 11,367.00; Claim #: 7; Distribution Dividend: 100.00; | * | | $11,414.83 | $688,941.81 |
| | | | Claim Amount                              $(11,367.00) | 7100-000 | | | $688,941.81 |
| | | | Interest                                         $(47.83) | 7990-000 | | | $688,941.81 |
| 01/17/2018 | 1026 | Ameripower LLC | Distribution on Claim #: 8; Amount Allowed: 1,472.78; Claim #: 8; Distribution Dividend: 100.00; | * | | $1,478.98 | $687,462.83 |
| | | | Claim Amount                               $(1,472.78) | 7100-000 | | | $687,462.83 |
| | | | Interest                                           $(6.20) | 7990-000 | | | $687,462.83 |
| 01/17/2018 | 1027 | Texas Commission on Environmental Quality | Distribution on Claim #: 9; Amount Allowed: 54,000.00; Claim #: 9; Distribution Dividend: 100.00; | * | | $54,227.19 | $633,235.64 |
| | | | Claim Amount                              $(54,000.00) | 7300-000 | | | $633,235.64 |
| | | | Interest                                       $(227.19) | 7990-000 | | | $633,235.64 |
| 01/17/2018 | 1028 | Erin Gehrig | Distribution on Claim #: 10; Amount Allowed: 6,120.00; Claim #: 10; Distribution Dividend: 100.00; | * | | $6,145.75 | $627,089.89 |
| | | | Claim Amount                               $(6,120.00) | 7100-000 | | | $627,089.89 |
| | | | Interest                                         $(25.75) | 7990-000 | | | $627,089.89 |
| | | | **SUBTOTALS** | | **$0.00** | **$121,572.48** | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-31345-H5 | | | Trustee Name: | Janet S. Northrup |
|---|---|---|---|---|---|
| Case Name: | JAGGER INDUSTRIES, LLC | | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***7699 | | | Checking Acct #: | ******1345 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 3/5/2014 | | | Blanket bond (per case limit): | $69,990,000.00 |
| For Period Ending: | 11/19/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Disbursement $ | Balance |
| 01/17/2018 | 1029 | Larry E. Caldwell | Distribution on Claim #: 12; Amount Allowed: 12,475.00; Claim #: 12; Distribution Dividend: 100.00; | * | $12,527.49 | $614,562.40 |
| | | | Claim Amount $(12,475.00) | 5300-000 | | $614,562.40 |
| | | | Interest $(52.49) | 7990-000 | | $614,562.40 |
| 01/17/2018 | 1030 | Larry E. Caldwell | Distribution on Claim #: 12; Amount Allowed: 9,675.00; Claim #: 12; Distribution Dividend: 100.00; | * | $9,715.71 | $604,846.69 |
| | | | Claim Amount $(9,675.00) | 7100-000 | | $604,846.69 |
| | | | Interest $(40.71) | 7990-000 | | $604,846.69 |
| 01/17/2018 | 1031 | Erin Gehrig | Distribution on Claim #: 13; Amount Allowed: 99,500.00; Claim #: 13; Distribution Dividend: 100.00; | * | $99,918.62 | $504,928.07 |
| | | | Claim Amount $(99,500.00) | 7100-000 | | $504,928.07 |
| | | | Interest $(418.62) | 7990-000 | | $504,928.07 |
| 01/17/2018 | 1032 | Moto Group | Distribution on Claim #: 15; Amount Allowed: 501,117.78; Claim #: 15; Distribution Dividend: 100.00; | * | $503,226.12 | $1,701.95 |
| | | | Claim Amount $(501,117.78) | 7100-000 | | $1,701.95 |
| | | | Interest $(2,108.34) | 7990-000 | | $1,701.95 |
| 01/17/2018 | 1033 | City of Baytown | Distribution on Claim #: 18; Amount Allowed: 595.39; Claim #: 18; Distribution Dividend: 100.00; | * | $597.89 | $1,104.06 |
| | | | Claim Amount $(595.39) | 4210-000 | | $1,104.06 |
| | | | Interest $(2.50) | 7990-000 | | $1,104.06 |
| 01/17/2018 | 1034 | State of Alabama Department of Revenue | Distribution on Claim #: 19; Amount Allowed: 863.42; Claim #: 19; Distribution Dividend: 100.00; | * | $867.06 | $237.00 |
| | | | Claim Amount $(863.42) | 5800-000 | | $237.00 |
| | | | Interest $(3.64) | 7990-000 | | $237.00 |
| 01/17/2018 | 1035 | State of Alabama Department of Revenue | Distribution on Claim #: 19; Amount Allowed: 236.00; Claim #: 19; Distribution Dividend: 100.00; | * | $237.00 | $0.00 |
| | | | Claim Amount $(236.00) | 7100-000 | | $0.00 |
| | | | Interest $(1.00) | 7990-000 | | $0.00 |

**SUBTOTALS**  $0.00  $627,089.89

# FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 14-31345-H5 | | Trustee Name: | Janet S. Northrup |
|---|---|---|---|---|
| Case Name: | JAGGER INDUSTRIES, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***7699 | | Checking Acct #: | ******1345 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 3/5/2014 | | Blanket bond (per case limit): | $69,990,000.00 |
| For Period Ending: | 11/19/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/17/2018 | 1024 | STOP PAYMENT: The Guardian Life Insurance Company of America | Distribution on Claim #: 5; Amount Allowed: 334.75; Claim #: 5; Distribution Dividend: 100.00; | * | | ($336.16) | $336.16 |
| | | | Claim Amount    $334.75 | 5400-004 | | | $336.16 |
| | | | Interest    $1.41 | 7990-004 | | | $336.16 |
| 04/17/2018 | 1019 | STOP PAYMENT: Jason A. Gehrig | Distribution on Claim #: ; Amount Allowed: 32,523.38; Claim #: ; Distribution Dividend: 100.00; | 8200-054 | | ($32,523.38) | $32,859.54 |
| 04/17/2018 | 1036 | Jason A. Gehrig | Distribution on Claim #: ; Amount Allowed: 32,523.38; Claim #: ; Distribution Dividend: 100.00; | 8200-052 | | $32,523.38 | $336.16 |
| 09/04/2018 | 1037 | UNITED STATES BANKRUPTCY COURT | 083018; #203; Order to Deposit Funds Into the Court Registry | 7100-000 | | $336.16 | $0.00 |
| | | | TOTALS: | | $1,594,000.75 | $1,594,000.75 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $1,594,000.75 | $1,594,000.75 | |
| | | | Less: Payments to debtors | | $0.00 | $51,352.74 | |
| | | | Net | | $1,594,000.75 | $1,542,648.01 | |

| For the period of 3/5/2014 to 11/19/2018 | | For the entire history of the account between 03/25/2014 to 11/19/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,660,371.16 | Total Compensable Receipts: | $1,660,371.16 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,660,371.16 | Total Comp/Non Comp Receipts: | $1,660,371.16 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,576,495.04 | Total Compensable Disbursements: | $1,576,495.04 |
| Total Non-Compensable Disbursements: | $83,876.12 | Total Non-Compensable Disbursements: | $83,876.12 |
| Total Comp/Non Comp Disbursements: | $1,660,371.16 | Total Comp/Non Comp Disbursements: | $1,660,371.16 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 14-31345-H5 | Trustee Name: | Janet S. Northrup |
|---|---|---|---|
| Case Name: | JAGGER INDUSTRIES, LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***7699 | Checking Acct #: | ******1345 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 3/5/2014 | Blanket bond (per case limit): | $69,990,000.00 |
| For Period Ending: | 11/19/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $1,594,000.75 | $1,594,000.75 | $0.00 |

| For the period of 3/5/2014 to 11/19/2018 | | For the entire history of the case between 03/05/2014 to 11/19/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,660,371.16 | Total Compensable Receipts: | $1,660,371.16 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,660,371.16 | Total Comp/Non Comp Receipts: | $1,660,371.16 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,576,495.04 | Total Compensable Disbursements: | $1,576,495.04 |
| Total Non-Compensable Disbursements: | $83,876.12 | Total Non-Compensable Disbursements: | $83,876.12 |
| Total Comp/Non Comp Disbursements: | $1,660,371.16 | Total Comp/Non Comp Disbursements: | $1,660,371.16 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ JANET S. NORTHRUP

JANET S. NORTHRUP