**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| In Re: | Jagger Industries, LLC | |
| | **Debtor(s)** | Case No.: 14–31345 |
| | | Chapter: 7 |

ENTERED
01/09/2019

### *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. Janet S Casciato–Northrup is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 1/9/19

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge